1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   DAMALI A. TAYLOR (CABN 262489)
    Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: damali.taylor@usdoj.gov

8   Attorneys for Plaintiff

9                     UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )   No. CR 3-11-00735 RS
                                     )
13         Plaintiff,                )   STIPULATION AND [PROPOSED] ORDER
                                     )   DOCUMENTING EXCLUSION OF TIME
14     v.                            )   UNDER THE SPEEDY TRIAL ACT
                                     )
15  ROBERT NEWT,                     )
                                     )
16         Defendant.                )
                                     )
17  _____ )

18

19         The parties appeared before the Court in this matter on November 15, 2011 for an initial

20  status conference.  Assistant United States Attorney Damali Taylor appeared on behalf of the

21  United States.   Assistant Federal Public Defender Steven Kalar appeared on behalf of the

22  defendant, ROBERT NEWT, who was present and in custody.

23         During the November 15, 2011 hearing, defense counsel informed the court that the

24  parties had reached a tentative agreement with respect to defendant's plea.  However, defense

25  counsel needed time to review additional discovery that had been provided by the government

26  and to discuss the plea agreement with his client.  Defense counsel requested a future date of

27  November 29, 2011 in order to provide the defense with sufficient time to do so.  Defense

28  counsel further requested that, in order to review the discovery and to conduct investigation

STIPULATION & [PROPOSED] ORDER
CR 3-11-0735 RS

1   necessary to effectively prepare defendant for resolution or trial, time be excluded under the

2   Speedy Trial Act between November 15, 2011 and November 29, 2011, the newly scheduled date

3   for change of plea or trial setting.   Defense counsel represented that additional time is necessary

4   to review the evidence and discuss resolution with his client, and that doing so is in the best

5   interests of the defendant.  The government had no objection to the November 29, 2011 date, and

6   the Court found good cause for the exclusion of time.  The matter was continued to November

7   29, 2011 for the purpose of change of plea or trial setting.

8            The government also had no objection to excluding time and the parties stipulated to an

9   exclusion of time from November 15, 2011 to November 29, 2011.  The parties agree that the

10  ends of justice served by granting such an exclusion of time outweigh the best interests of the

11  public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court made findings

12  consistent with the parties' agreement.

13

14  SO STIPULATED:

15

16                                                  MELINDA HAAG
                                                    United States Attorney
17

18  DATED: November 28, 2011                        _____/s/_____
                                                    DAMALI A. TAYLOR
19                                                  Assistant United States Attorney

20

21  DATED: November 28, 2011                        _____/s/_____
                                                    STEVEN KALAR
22                                                  Counsel for the Defendant

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER
CR 3-11-0735 RS                          2

1

[~~PROPOSED~~] ORDER

2      For the foregoing reasons, the Court HEREBY ORDERS that the matter be continued

3   from November 15, 2011 to November 29, 2011, at 2:30 p.m. for further status conference before

4   the Honorable Richard Seeborg.  The Court finds that the failure to grant the requested extension

5   would deny counsel the reasonable time necessary for effective preparation, taking into account

6   the exercise of due diligence.  The Court finds that the ends of justice served by granting the

7   requested extension outweigh the best interests of the public and the defendant in a speedy trial

8   and in the prompt disposition of criminal cases.  The Court also concludes that an exclusion of

9   time from November 15, 2011 to November 29, 2011, should be made under Title 18, United

10  States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  The Court also finds that the ends of

11  justice served by excluding the period from November 15, 2011 to November 29, 2011, outweigh

12  the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

13  **IT IS SO ORDERED**.

14

15  Dated:   11/29/11

16                                                  RICHARD SEEBORG
                                                    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [~~PROPOSED~~] ORDER
CR 3-11-0735 RS                          3